AO 455(Rev. 5/85) Waiver of Indictment

FILED
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE TRINIDAD RODRIGUEZ-ARROYO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3206-H

I, JOSE TRINIDAD RODRIGUEZ-ARROYO, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/29/2007 ____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before ________________
JUDICIAL OFFICER