AO 455(Rev 5/85) Waiver of Indictment

FILED

JAN 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

JOSE TRINIDAD RODRIGUEZ-ARROYO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3206H

I, JOSE TRINIDAD RODRIGUEZ-ARROYO, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JOSE TRINIDAD RODRIGUEZ-ARROYO
Defendant

GREGORY T. MURPHY
Counsel for Defendant

Before
JUDICIAL OFFICER