FILED

JAN 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE TRINIDAD RODRIGUEZ-ARROYO, Defendant. | Criminal Case 07CR3206H<br><br>SUPERSEDING INFORMATION<br><br>Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The United States Attorney charges:

On or about November 2, 2007, within the Southern District of California, defendant JOSE TRINIDAD RODRIGUEZ-ARROYO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to E. Cintron that he was a United States Citizen , whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 1/29/08.

KAREN P. HEWITT
United States Attorney

FOR

CARLA J. BRESSLER
Assistant U.S. Attorney